IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              CRIMINAL ACTION NO. 5:09-cr-9-DCB-LRA

JON VERNON IMMEL                                            DEFENDANT

MEMORANDUM OPINION AND ORDER

This cause is before the Court on Petitioner Jon Vernon Immel's "Motion for Resentencing" (docket entry 18) based upon the Supreme Court Case of Dean v. United States, 137 S.Ct. 1170 (2017).

The Court requires the United States to respond to Petitioner's Motion within twenty (20) days from the date of entry of this Order.

SO ORDERED, this the 14th day of May, 2020.

David Bramlette_____

UNITED STATES DISTRICT JUDGE