IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              CRIMINAL ACTION NO. 5:09-cr-09-DCB-LGI

JON VERNON IMMEL                                              DEFENDANT

ORDER

BEFORE THE COURT is Defendant Jon Vernon Immel ("Defendant")'s Motion for Immediate Release ("Motion"). [ECF No. 49]. Defendant filed the Motion on March 1, 2024, asking the Court to grant him immediate release to the custody of the Illinois Department of Corrections. Id. at 2. Defendant grounds the request upon a belief that this Court granted his Motion for Compassionate Release [ECF No. 40] pursuant to its Order granting a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.C. Amendment 821. [ECF No. 46]. It appears that Defendant may be mistaken, however, because the Court's Order [ECF No. 46] was a separate ruling from Defendant's Motion for Compassionate Release [ECF No. 40]. This Court entered a Memorandum Opinion and Order on March 6, 2024, denying the Motion for Compassionate Release. [ECF No. 50]. Because this Court denied Defendant's Motion for Compassionate Release, the Court finds that Defendant's Motion for Immediate Release is denied.

1

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Immediate Release [ECF No. 49] is DENIED.

SO ORDERED, this 11th day of March, 2024.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE